

FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
PHILADELPHIA MUNICIPAL COURT-TRAFFIC DIVISION
800 SPRING GARDEN STREET
PHILADELPHIA, PA 19123-2690
(215) 686-1570

JOFFIE C. PITTMAN, III
ADMINISTRATIVE JUDGE

April 10, 2024

Mr. Timothy McGrath
United States Bankruptcy Court
Eastern District of Pennsylvania
900 Market Street, Suite 400
Philadelphia, PA    19107-4299

       Re:  Saheed Hakem Sims
            Bankruptcy No: 24-11053-pmm
            Chapter 7

Dear Mr. McGrath:

    It has come to our attention that the above-captioned matter has been filed with the Bankruptcy Court.

    A search of our records reveals that the Philadelphia Municipal Court, Traffic Division, should be listed as a creditor in this action. However, in compliance with your statement on the Notice of Commencement of Case under Chapter 7 of the Bankruptcy Code, Meeting of Creditors, and Fixing of Dates, <u>no Proof of Claim will be filed by this Court until notice is received to do so.</u>

    Please be advised that claims filed for the collection of fines, court costs, warrant costs and other monies due to said City of Philadelphia and the Philadelphia Municipal Court, Traffic Division, under Chapter 7 Bankruptcy petition are <u>non-dischargeable in accordance with Title 11 U.S.C. Section 523(a) unless paid in full</u>.

    Enclosed is our computer printout indicating the fines and costs outstanding at the time of the filing of the petition.

                                       Sincerely,

                                       Joffie C. Pittman, III
                                       ADMINISTRATIVE JUDGE

JCP/mm
Enclosures
cc:  Penn DOT



FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
PHILADELPHIA MUNICIPAL COURT-TRAFFIC DIVISION
800 SPRING GARDEN STREET
PHILADELPHIA, PA 19123-2690
(215) 686-1570

JOFFIE C. PITTMAN, III
ADMINISTRATIVE JUDGE

April 10, 2024

Ms. Tammy Kohr
Bureau of Traffic Safety
PA Department of Transportation
1101 South Front Street, 3rd Floor
Harrisburg, PA 17104

      Re:  Saheed Hakem Sims
          Bankruptcy No: 24-11053-pmm
          Chapter 7
          Operator No.: PA25446370

Dear Ms. Kohr:

    This is to inform you that the above-captioned matter has been filed with the Bankruptcy Court.

    All statutory compliance efforts involving these citations have been placed on hold pending final action by the Bankruptcy Court. We will notify you of any future actions taken by the Philadelphia Municipal Court, Traffic Division.

    Accordingly, the Philadelphia Municipal Court, Traffic Division, has placed the following citations on hold with regard to fines and costs outstanding at the time of the filing of the Petition for Bankruptcy.

<u>SEE THE ATTACHED COMPUTER PRINTOUT</u>

Sincerely,

Joffie C. Pittman, III
ADMINITRATIVE JUDGE

JCP/mm
Attachments
cc: Bankruptcy Court

User ID: P97SH04

**Quick Process**
- ◉ All: 42 ($1254.25)
- ○ Open Tickets: 6 ($1254.25)
- ○ Delq Tickets: ($0.00)
- ○ Marked/Held Tickets: ($0.00)
- ○ IPP Tickets: ($0.00)

[Choose Process ⌄]  [Quick Process]

**Customer**
Sims Saheed
1220 N Broad St Apt 1102
Phila, PA 19121
267-597-8798
**Address Source:** Registry
**Ticket Type:** Move
**License:** PA25446370
**Date of Birth:** 12/09/1974

**Financial Summary**
Ticket Amount: $1254.25
Fee Amount: $0.00
**Total Due:** $1254.25
Unapplied Amt: $0.00

**Customer Status**
License Suspended
Arrest
Combine/Merge
Phone
SSN: 140646204
Hist IPP

| All Clear | Ticket # | Trial Judge | Hearing Date/Time | Disposition Date/Time | Disposition/ User ID | Suspend/ Suspend Until | Case #/ Plea | Reduction/ Total Due |
|---|---|---|---|---|---|---|---|---|
| ☐ | H00136813 | BNK | 03/28/2024 03:10PM | 04/11/2024 11:48AM | 073:BANKRUPTCY FILED P97SH04 | 002:BANKRUPT 12/31/2099 | E05589043 G | $0.00 $35.75 |
| ☐ | F01854720 | BNK | 03/28/2024 03:10PM | 04/11/2024 11:48AM | 073:BANKRUPTCY FILED P97SH04 | 002:BANKRUPT 12/31/2099 | E05589043 G | $0.00 $373.50 |
| ☐ | F01854716 | BNK | 03/28/2024 03:10PM | 04/11/2024 11:48AM | 073:BANKRUPTCY FILED P97SH04 | 002:BANKRUPT 12/31/2099 | E05589043 G | $0.00 $273.50 |
| ☐ | F01854705 | BNK | 03/28/2024 03:10PM | 04/11/2024 11:48AM | 073:BANKRUPTCY FILED P97SH04 | 002:BANKRUPT 12/31/2099 | E05589043 G | $0.00 $98.50 |
| ☐ | F01854694 | BNK | 03/28/2024 03:10PM | 04/11/2024 11:48AM | 073:BANKRUPTCY FILED P97SH04 | 002:BANKRUPT 12/31/2099 | E05589043 G | $0.00 $133.00 |
| ☐ | E05589043 | BNK | 03/28/2024 03:10PM | 04/11/2024 11:48AM | 073:BANKRUPTCY FILED P97SH04 | 002:BANKRUPT 12/31/2099 | E05589043 G | $0.00 $340.00 |